ACCEPTED
06-15-00022-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/8/2015 1:40:16 PM
DEBBIE AUTREY
CLERK

**No. 06-15-00022-CR**

**IN THE**

**SIXTH COURT OF APPEALS**

**at TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/8/2015 1:40:16 PM
DEBBIE AUTREY
Clerk

_____

**SONYA KAY HARGETT,**

**Appellant,**

**v.**

**STATE OF TEXAS,**

**Appellee.**

_____

**Appealed from the 71st District Court**

**for Harrison County, Texas**

Jason D. Cassel
Texas State Bar No. 24006970
jdc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone  (903) 757-8449
Facsimile  (903) 758-7397

ATTORNEY FOR APPELLANT
Sonya Kay Hargett

## CERTIFICATE OF COMPLIANCE

1.  This brief complies with the type-volume limitation of FED. R. APP. P. 9. 4(i)(3) because this brief contains 1585 words, excluding the parts of the brief exempted by FED. R. APP. P. 9. 4(i)(1); and

2.  This brief complies with the typeface requirements of FED. R. APP. P. 9.4(e) and the type style requirements of FED. R. APP. P. 9.4(e) because this brief has been prepared in a proportionally spaced typeface using Microsoft® Word 2010 version 14.0.7 in 14 point Times New Roman.

_____

Jason D. Cassel
Attorney for Defendant-Appellant
June 8, 2015


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Certificate of Compliance has been forwarded to the Harrison County District Attorney's Office on this 8th day of June, 2015.

_____

Jason D. Cassel
Attorney for Defendant-Appellant
June 8, 2015